```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

GEORGE W. PITTS, JR.,              *

    Plaintiff,                     *

vs.                                *
                                      CASE NO. 4:22-CV-162 (CDL)
JUDGE ARTHUR L. SMITH, III, *et**  *
*al.*,
                             *

    Defendants.
                                         *

## O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on December 28, 2022 is hereby approved, adopted, and made the Order of the Court. The Court considered Plaintiff's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 22nd day of February, 2023.

                                                  S/Clay D. Land
                                                  CLAY D. LAND
                                                  U.S. DISTRICT COURT JUDGE
                                                  MIDDLE DISTRICT OF GEORGIA